PEOPLE v. ABRAMS

Appeal from Recorder's Court of Detroit, Poindexter (Thomas L.), J.   Submitted Division 1 November 12, 1968, at Detroit.   (Docket No. 6,004.) Decided December 19, 1968.

Reginald Abrams was convicted on his plea of guilty of attempted breaking and entering an occupied dwelling with intent to commit larceny.   Defendant appeals.   Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Samuel J. Torina,* Chief Appellate Lawyer, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Jack J. Kraizman,* for defendant on appeal.

PER CURIAM.   Defendant, Reginald Abrams, pleaded guilty to the charge of attempted breaking and entering an occupied dwelling with intent to commit larceny contrary to MCLA §§ 750.92, 750.110 (Stat Ann 1962 Rev § 28.287; Stat Ann 1968 Cum Supp § 28.305).   A post-conviction appeal is grounded upon the assertion that the trial court failed to comply with GCR 1963, 785.3.   The people have filed a motion to affirm the conviction.

An examination of the record fails to reveal the presence of reversible error. The questions presented here on appeal are unsubstantial and require no formal argument or submission.

Affirmed.

LESINSKI, C. J., and J. H. GILLIS and QUINN, JJ., concurred.